IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA       :       CIVIL ACTION
                               :
                               :       NO. 15-3980
         v.                    :
                               :
JOSEPH M. ROSS,                :
 a/k/a Joseph Ross             :
```

### ORDER

**AND NOW**, this **16th** day of **February, 2017**, it is hereby **ORDERED** that a hearing on Plaintiff's request for default judgement (ECF #6) will be held on **March 2, 2017 at 3:00 p.m.** in Courtroom 15A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

It is further **ORDERED** that Plaintiff shall serve a copy of this order upon Defendant at Defendant's last know address and file a certificate of service with the Clerk of Court.

**AND IT IS SO ORDERED.**

```
                                    s/ Eduardo C. Robreno
                                 EDUARDO C. ROBRENO,   J.
```