UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Docket: 15-03980 |
| JOSEPH M. ROSS a/k/a JOSEPH ROSS | |

**PRAECIPE TO WITHDRAW MOTION FOR DEFAULT JUDGMENT**

TO THE CLERK OF THE COURT:

Kindly withdraw Plaintiff's Request for Default Judgment filed in the above matter on December 9, 2016.

KML Law Group, P.C.

By: _/s/ Thomas I. Puleo_
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309
tpuleo@kmllawgrooup.com