IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | NO. 15-3980 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH M. ROSS, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **2nd** day of **March, 2017,** for the reasons discussed in open court, it is hereby **ORDERED** that Plaintiff's Request for Default Judgment (ECF Nos. 5, 6) is **DENIED** without prejudice. Moreover, Plaintiff is granted leave to file an amended complaint by **March 13, 2017.**

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,  J.**