UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     *Plaintiff*<br><br>vs.<br><br>JOSEPH M. ROSS a/k/a JOSEPH ROSS,<br>     *Defendant* | CIVIL NO. 15-03980 |

### AMENDED COMPLAINT

The United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, Thomas I. Puleo, Esquire, KML LAW GROUP, P.C., represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1345.

2. The last-known address of the Defendant, JOSEPH M. ROSS a/k/a JOSEPH ROSS ("Defendants") is 1024 Catharine Street, Philadelphia, PA 19147.

### COUNT I

3. On or about March 3, 1998, Defendant executed a promissory note to secure a loan in the amount of $2,625.00 from PNC Bank, guaranteed by the Pennsylvania Higher Education Assistance Agency, and reinsured by the United states Department of Education under the loan guaranty program authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. Section 1071 *et seq.* A true and correct copy of the promissory note is attached hereto as Exhibit "A".

4. Defendant is indebted to Plaintiff in principal amount of $2,839.90, plus interest of $1,641.36, for a total of $4,481.26. A true and correct copy of the Certificate of Indebtedness is attached as Exhibit "B" ("Certificate of Indebtedness").

5. Demand has been made upon Defendant by Plaintiff for the sum due but the amount due remains unpaid.

WHEREFORE, the plaintiff demands judgment against Defendant in the amount of $4,481.26, plus filing fees allowed pursuant to 28 U.S.C. Section 1914 in the sum of $150.00, interest from the date of judgment at the legal rate of interest in effect on the date of judgment until paid in full, and costs of suit.

## COUNT II

6. On or about May 19, 1998, Defendant executed a promissory note to secure a loan in the amount of $5,500.00 from PNC Bank, guaranteed by the Pennsylvania Higher Education Assistance Agency, and reinsured by the United states Department of Education under the loan guaranty program authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. Section 1071 *et seq*. A true and correct copy of the promissory note is attached hereto as Exhibit "C".

7. Defendant is indebted to Plaintiff in principal amount of $2,840.22, plus interest of $1,958.71, for a total of $4,798.93. A true and correct copy of the Certificate of Indebtedness is attached as Exhibit "D" ("Certificate of Indebtedness").

8. Demand has been made upon Defendant by Plaintiff for the sum due but the amount due remains unpaid.

WHEREFORE, the plaintiff demands judgment against Defendant in the amount of $4,798.93, plus filing fees allowed pursuant to 28 U.S.C. Section 1914 in the sum of

$150.00, interest from the date of judgment at the legal rate of interest in effect on the date of judgment until paid in full, and costs of suit.

Notice is hereby given to Defendant that Plaintiff intends to seek satisfaction of any judgment rendered in it favor in this action from any debt accruing.

                United States of America by and through
                its specially appointed counsel
                KML Law Group, P.C.

                By: _____
                Thomas I. Puleo, Esquire
                BNY Independence Center
                701 Market Street
                Suite 5000
                Philadelphia, PA 19106-1532
                (215)825-6309
                TPuleo@kmllawgroup.com

## Application and Promissory Note for Federal Stafford Loans (subsidized and unsubsidized)

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097. OMB No. 1840-0717 Form Approved Exp. Date 03/31/99

**Guarantor or Program Identification**
PHEAA  11-00307   05/12/98
Pennsylvania Higher Education Assistance Agency
Telephone Number: 1-800-692-7392
L009  PAFSA
573777

### Borrower Section

1. & 3. Borrower Name and Address:
JOSEPH H. ROSS
1024 CATHERINE STREET
PHILADELPHIA   PA   19147

4. Telephone Number: [redacted]
5. Loan Period (Month/Year): From 9/98 To 5/9
2. Social Security Number: [redacted]
6. Driver's License Number: [redacted]
9. Date of Birth: [redacted]

7. Lender Name: PNC BANK   City: Pittsburgh  State: PA   Zip: 15222
8. Lender Code, if known: ZZ - NOT APPLICABLE   26081

10. References:
1. Beverly Ross
   1024 Catherine St.
   Phila. PA 19147
   (215) 922-8252
   Mother

2. Stephanie Peoples
   752 So. Marvine St.
   Phila. PA 19147
   (215) 627-1687
   Grandmother

### Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible (see instructions):
12. I request a total amount under these loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement.
13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment.
14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest.
15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account.

[X] a. Subsidized Federal Stafford   [X] b. Unsubsidized Federal Stafford
$ 5,500.0

[ ] a. Yes, I want a deferment   [ ] b. No, I do not want a deferment
[X] a. Yes, I want my interest capitalized   [ ] b. No, I prefer to pay the interest
[X] a. Yes, transfer funds   [ ] b. No, do not transfer funds

### Promissory Note

*Continued on the reverse*

**Promise to Pay:** I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and other fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of the Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature: *Joseph Ross*    Today's Date (Month/Day/Year): 5/19/9

PEIRCE COLL.            00330900
1420 PINE ST
PHILADELPHIA   PA   19102

Dear Student: This is the Federal Stafford Loan Application you requested. Please complete the item(s) whose number(s) are printed at the end of this paragraph, and place your signature and today's date in Item 16. Keep the last copy (Borrower Copy) of this form and mail the other two copies to the lender. Item(s): 05, 07, 08, 10, 11, 12, 13, 14, 15, 16.

AFSA-CSIC
JUN 19 1998
REC'D UT# 108

### Lender Section

31. Lender Name and Address:
PNC EDUCATION LOAN CTR
P.O. BOX 8177
HARRISBURG   PA   17105

32. Lender Code/Branch: 809921
35. Amount(s) Approved:
  a. Subsidized $
  b. Unsubsidized $ B2890.0  .00
36. Signature of Authorized Lending Official
34. Lender Use Only

1/31/94                                    LENDER C



**EXHIBIT C**

*Poor Source Original Document Retained*

"I declare under penalty of perjury that the foregoing is a true and correct copy of the promissory note."

Signature: *Todd Moske*

Title: Vice President
Loan Assets Management

Date: May 29, 2008

FOR VALUE RECEIVED, WE HEREBY ASSIGN ALL RIGHT TITLE AND INTEREST IN THIS PROMISSARY NOTE TO THE PENNSYLVANIA HIGHER EDUCATION ASSISSTANCE AGENCY (PHEAA)

Student loan funding FB.
LENDER'S NAME

2275 20TH STREET, LONG BEACH, CA 90810

*Carolyn Hendricks*
SIGNATURE

JUN 0 8 2001
DATE

I certify, under penalty of perjury, that this document is a true and exact copy of the original.

*Tinsha Anderson*    5-29-01
(Signature)           (Date)

claims examiner
(Title)

# Application and Promissory Note for Federal Stafford Loans (subsidized and unsubsidized)

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

**Guarantor or Program Identification**
PHEAA
Creating Access to Education
Pennsylvania Higher Education Assistance Agency
Telephone Number: 1-800-692-7392

**573777**

## Borrower Section
*Please print neatly or type. Read the instructions carefully.*

1. Last Name: Ross    First Name: Joseph    MI: M
2. Social Security Number: [redacted]
3. Permanent Street Address: 1024 Catherine St PA 19147
   City: Phila    State: PA    Zip Code: 19147
4. Telephone Number: [redacted]
5. Loan Period (Month/Year): From 3/98 To 6/98
6. Driver's License Number: No N/A
7. Lender Name: PNC Bank, Harrisburg PA 17105
8. Lender Code: 809921
10. References:

| | 1. | 2. |
|---|---|---|
| Name | Joseph Ross Jr. | Stephanie Peoples |
| Permanent Address | 1024 Catherine St | 755 S. Marine St |
| City, State, Zip Code | Phila., Pa. 19147 | Phila, PA 19147 |
| Area Code/Telephone | (215) 922-8252 | (215) 627-1608 |
| Relationship to Borrower | Father | |

### Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible:  [X] a. Subsidized Federal Stafford   [ ] b. Unsubsidized Federal Stafford
12. I request a total amount under these loan types not to exceed: $2625.00
13. Deferment: [X] a. Yes, I want a deferment   [ ] b. No
14. Capitalization: [ ] a. Yes   [X] b. No, I prefer to pay the interest
15. EFT: [X] a. Yes, transfer funds   [ ] b. No

### Promissory Note
*Continued on the reverse side.*

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note...

Poor Source Original Document Retained

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature: Joseph Ross    Today's Date: 3/3/98

## School Section
*To be completed by an authorized school official.*

17. School Name: Peirce College
18. Street Address: 1420 Pine Street
    City: Philadelphia    State: PA    Zip Code: 19102
19. Loan Period: From ___ To ___
20. Grade Level:
21. Enrollment Status: [ ] Full Time   [ ] At Least Half Time
22. Anticipated Completion (Graduation) Date:
23. School Code/Branch: 003309
24. Cost of Attendance: .00
25. Federal Expected Family Contribution: .00
26. Estimated Financial Aid: .00
27. Certified Loan Amounts: a. Subsidized $ .00   b. Unsubsidized $ .00
28. Telephone Number: (215) 545-6400
29. Recommended Disbursement Date(s): 1st, 2nd, 3rd, 4th
30. School Certification

## Lender Section
*To be completed by an authorized lending official.*

31. Lender Name: PNC Education Loan Center
    Street Address: P.O. Box 8175
    City: Harrisburg    State: PA    Zip Code: 17105
32. Lender Code/Branch: 809921
33. Telephone Number: AFSA-CSIC
34. Lender Use Only: B28900
35. Amount(s) Approved: a. Subsidized $ .00   b. Unsubsidized $ .00

MAR 2 0 1998   REC'D

1/31/94    LENDER COPY

**EXHIBIT A**

"I declare under penalty of perjury that the foregoing is a true and correct copy of the promissory note."

Signature: _Todd Nosko_

Title: Vice President
Loan Assets Management

Date: May 29, 2008

FOR VALUE RECEIVED, WE HEREBY ASSIGN ALL RIGHT, TITLE AND INTEREST IN THIS PROMISSARY NOTE TO THE PENNSYLVANIA HIGHER EDUCATION ASSISSTANCE AGENCY (PHEAA)

Student loan funding, FB.
LENDER'S NAME

2277 E 220TH STREET, LONG BEACH CA 90810

_[signature]_
SIGNATURE

JUN 0 8 2001
DATE

I certify, under penalty of perjury, that this document is a true and exact copy of the original.

_Tusha Anderson_     5-29-01
(Signature)            (Date)

_Claims Examiner_
(Title)

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #1 OF 2**

> Joseph M. Ross aka Joseph Ross
> 1024 Catharine Street
> Philadelphia, PA 19147-2737
> Account No. XXXXX1075

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 06/11/2015.

On or about 03/03/1998, the BORROWER executed promissory note(s) to secure loan(s) of $2,625.00 from PNC Bank (Harrisburg, PA). This loan was disbursed for $2,625.00 on 10/16/1998 through 01/06/1999 at a variable rate of interest to be established annually by the Department of Education. The loan obligation was guaranteed by Pennsylvania Higher Education Assistance Agency, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 04/10/2001, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,839.90 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 06/23/2008, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $2,839.90 |
| Interest: | $1,641.36 |
| Total debt as of 06/11/2015: | $4,481.26 |

Interest accrues on the principal shown here at the current rate of 2.33% and a daily rate of $0.18 through June 30, 2015, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 6/23/15

*[signature]*
Loan Analyst
Litigation Support Unit

EXHIBIT
B

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #2 OF 2**

Joseph M. Ross aka Joseph Ross
1024 Catharine Street
Philadelphia, PA 19147-2737
Account No. XXXXX1075

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 06/11/2015.

On or about 05/19/1998, the BORROWER executed promissory note(s) to secure loan(s) of $5,500.00 from PNC Bank (Pittsburg, PA). This loan was disbursed for $2,625.00 on 04/02/1998 through 04/10/1998 at a variable rate of interest to be established annually by the Department of Education. The loan obligation was guaranteed by Pennsylvania Higher Education Assistance Agency, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 04/10/2001, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,840.22 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 06/23/2008, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $2,840.22 |
| Interest: | $1,958.71 |
| Total debt as of 06/11/2015: | $4,798.93 |

Interest accrues on the principal shown here at the current rate of 3.13% and a daily rate of $0.24 through June 30, 2015, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 6/23/15

Sonia Moose
Loan Analyst
Litigation Support Unit

EXHIBIT D