UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

May 30, 2017

Thomas I. Puleo, Esq.
KML Law Group, P.C.
701 Market Street
Suite 500
Philadelphia, PA 19106

RE: USA v. Joseph M. Ross
CIVIL ACTION NO. 15-3980

Dear Mr. Puleo,

A review of the Court's records shows that service of the amended complaint has not been made in the above-captioned action.

In order to eliminate a delay in bringing this case to trial, service must be made by **June 18, 2017**, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

Very truly yours,

  s/ Ronald Vance
Ronald Vance
Deputy Clerk to Judge Robreno

Civ. 22