```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA       :       CIVIL ACTION
                               :
                               :
          v.                   :
                               :       NO. 15-3980
                               :
JOSEPH M. ROSS                 :

## O R D E R

**AND NOW**, this **17th** day of **July, 2017**, it is hereby **ORDERED** that the above case is Dismissed for Lack of Prosecution. The amended complaint was filed on March 20, 2017. Plaintiff has been notified by the Court that failure to effectuate service by June 18, 2017, or to show good cause as to why this case should not be dismissed would result in dismissal for lack of prosecution. Since neither service was effectuated, nor good cause shown, dismissal is warranted.

**AND IT IS SO ORDERED.**

                              s/ Eduardo C. Robreno
                              **Eduardo C. Robreno, J.**

7/17/17 e-mailed:
   T. Puleo, Esq.